UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: **4/18/2024**

CLERK,
UNITED STATES DISTRICT COURT

RE: USA -V- **Campanella**
SDNY MAG. DOCKET # **24-MAG-1494**

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

( )   1.   DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(X)   2.   DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. **Order Setting Conditions of Release included.**

( )   3.   PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( )   4.   COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

RUBY KRAJICK
CLERK OF COURT

BY  __Josephine Bonano__
        DEPUTY CLERK



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tyler Campanella<br><br>*Defendant* | ) Case: 1:24-mj-00028<br>) Assigned To : Judge Moxila A. Upadhyaya<br>) Assign. Date : 1/26/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Tyler Campanella_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/26/2024                                   *M.A.Upa*[signature]
                                                     *Issuing officer's signature*

City and state:    Washington, D.C.                  Moxila A. Upadhyaya
                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* __1-26-24__, and the person was arrested on *(date)* __04-17-24__
at *(city and state)* __New York, New York__.

Date: __04-17-24__                                   [signature]
                                                     *Arresting officer's signature*

                                                     Detective Miguel Soto
                                                     *Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00028 |
| | ) Assigned To : Judge Moxila A. Upadhyaya |
| Tyler Campanella | ) Assign. Date : 1/26/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*             *Offense Description*

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____01/26/2024____

*Judge's signature*

City and state: ____Washington, D.C.____      ____Moxila A. Upadhyaya____
*Printed name and title*

Case: 1:24-mj-00028
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 1/26/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████, is a Task Force Officer assigned to the Federal Bureau of Investigation. In my duties as a Task Force Officer, I am assigned to investigate violations of federal laws, including investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Tyler Campanella

According to records obtained through a search warrant served on Verizon Wireless, on January 6, 2021, the cellphone associated with a phone number ending in 3931 (the Subject Phone Number) was identified as having used utilized a cell site consistent with providing service to a geographic area that includes the interior of the United States Capitol building. Legal process to Verizon Wireless identified the subscriber as Sigalit Flicker at Bayside Chrysler CJ LLC ("Bayside Chrysler"), 21219 Northern Blvd, Bayside, New York. The records identify Tyler Campanella as an authorized account user and associate him with the Subject Phone Number. Based upon the facts learned during the investigation, including statements made on Flicker's social media accounts, I know that Flicker is Campanella's step-mother.

A search of publicly available resources identified Tyler Campanella as an employee of Bayside Chrysler.[1] The FBI confirmed that Tyler Campanella as an employee of Bayside Chrysler by speaking to another employee of the business.

The FBI reviewed open-source videos and other materials, including videos available on YouTube, Twitter, and Instagram. Your affiant observed an open-source video that, based upon my review of open source images of Campanella, appears to show Campanella inside the Capitol on January 6, 2021:



*Image 1*: Screenshot of a video showing Campanella, circled in red.

In addition, your affiant observed an Instagram post that appears to contain a screenshot of an Instagram post from Flicker's account:

---

[1] See https://www.baysidechryslerjeepdodge.net/team-bayside-chrysler-jeep-dodge-in-bayside-ny.



*Image 2*: Screenshot of an Instagram post from "homegrownterrorists" that appears to contain a screenshot from an Instagram post from Flicker's Instagram account

The post contains images of what appears to be both outside and inside of the Capitol on January 6, 2021, and appears to indicate that Tyler Campanella is at the Capitol. The post does not currently appear on Flicker's Instagram account. I have reviewed other posts from the account "Siggy Flicker" and, based on that review, believe Flicker to be the owner of that account.

The FBI identified and spoke to Witness 1, an individual who had known Campanella for over six years before January of 2021, and had maintained regular contact with Campanella at the time of the interview. An agent showed Witness 1 images from January 6, 2021, including Image 3 and 4 below. Witness 1 identified the individual in the images as Campanella.



*Images 3 and 4*: Two images shown to Witness 1. Witness 1 identified the individual circled in red in both images as Campanella (the red circles were absent in the images shown to Witness 1)

In the images, Campanella is wearing a blue baseball hat with "TRUMP" and "2020" in white lettering, and words in red lettering between the two. Campanella is also wearing a black jacket with what looks like a fur collar and a grey sweatshirt with the hood up. Campanella also has a

red scarf that, in one image, he holds up to cover his nose and mouth. Witness 1 stated that Witness 1 understood that Campanella went into the Capitol on January 6, 2021, took pictures and video, and, afterwards, decided to delete all of the pictures from January 6, 2021, that Campanella had posted on his social media accounts.

Tyler Campanella's Conduct on January 6, 2021

By reviewing CCV from the Capitol, the FBI was able to identify an individual that appears to be Campanella at various locations inside the Capitol. Based upon the CCV footage, it appears that Campanella entered the Capitol at approximately 2:17 pm through the Senate Wing doors. Additional CCV video shows Campanella at various locations throught the Capitol, including sitting on the base of a statue in the Capitol Crypt, walking around the Rotunda, walking into the Senate Gallery for approximately one minute, and leaving through the Rotunda doors at approximately 2:52 pm.



*Image 5*: Screenshot from CCV of Campanella (circled in red) after entering the Capitol through the Senate Wing Doors.



*Image 6*: Screenshot from CCV footage in the Crypt showing Campanella (circled in red) sitting on the base of a statue in the Crypt



*Image 7*: Screenshot from CCV footage showing Campanella (circled in red) in a hallway on the Second Floor of the Capitol



*Image 8*: Screenshot from CCV footage showing Campanella (circled in red) in the hallway outside of the entrance to the Senate Gallery

Based on the foregoing, your affiant submits that there is probable cause to believe that Tyler Campanella violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Tyler Campanella violated 40 U.S.C. § 5104(e)(2) (B), (D), and (G), which makes it a crime to willfully and knowingly (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of January 2024.

*M.U. Upal*

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

DOC # 1    ORIGINAL

SAUSA: Daniel Roque

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYLER CAMPANELLA,

*Defendant.*

**24 MAG 1530**

24 Mag.

RULE 5(c)(3) AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

MIGUEL SOTO, being duly sworn, deposes and says that he is a Task Force Officer assigned to the Federal Bureau of Investigation ("FBI"), and states as follows:

On or about January 26, 2024, the United States District Court for the District of Columbia issued a warrant (the "Warrant") for the arrest of "Tyler Campanella" based on a complaint charging violations of Title 18, United States Code, Sections 1752(a)(1) and 1752(a)(2) as well as Title 40, United States Code, Sections 5104(e)(2)(B), 5104(e)(2)(D), and 5140(e)(2)(G). A copy of the Warrant is attached hereto as Exhibit A and is incorporated by reference herein.

I believe that TYLER CAMPANELLA, the defendant, who voluntarily surrendered this morning in the Southern District of New York, is the same individual as the "Tyler Campanella" who is named in the Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Task Force Officer with the FBI. This affidavit is based upon my personal participation in this matter; my conversations with other law enforcement officers; my examination of documents, reports, and records; and my personal observations of the defendant. I have been personally involved in determining whether TYLER CAMPANELLA, the defendant, is the same individual as the "Tyler Campanella" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the District of Columbia, I know that, on or about January 26, 2024, the United States District Court for the District of Columbia issued the Warrant for the arrest of "Tyler Campanella." The Warrant was issued based on a complaint charging violations of Title 18, United States Code, Sections 1752(a)(1) and 1752(a)(2) as well as Title 40, United States Code, Sections 5104(e)(2)(B), 5104(e)(2)(D), and 5140(e)(2)(G).

CERTIFIED AS A TRUE COPY ON

THIS DATE 4/18/24

BY [signature]

( ✓ ) Clerk
(   ) Deputy

3. Based on my participation in the arrest, I know that, on or about April 17, 2024, at approximately 8:00 a.m., TYLER CAMPANELLA, the defendant, voluntarily surrendered in New York, New York.

4. I believe that TYLER CAMPANELLA, the defendant, is the same person as the "Tyler Campanella" listed in the Warrant for at least the following reasons:

    a. Following his transfer into the custody of the FBI, I spoke with TYLER CAMPANELLA, and he told me that his name is "Tyler Campanella."

    b. TYLER CAMPANELLA provided his passport to me. The passport I reviewed listed TYLER CAMPANELLA's name as "Tyler Campanella" and included a date of birth that matches the date of birth in a law enforcement database associated with the "Tyler Campanella" listed in the Warrant.

    c. The appearance of TYLER CAMPANELLA when I spoke with him following his arrest is materially identical to his appearance in a photograph contained in FBI records of the "Tyler Campanella" listed in the Warrant.

WHEREFORE, I respectfully request that TYLER CAMPANELLA, the defendant, be imprisoned or bailed, as the case may be.

_____
MIGUEL SOTO
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this
17th day of April, 2024

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

Duration: 20 MINUTES
Proceeding via: ☐ CourtCall ☐ AT&T ☑ In Person

DOCKET No. 24MAG1530                DEFENDANT Tyler Campanella

AUSA Dan Roque                      DEF.'S COUNSEL Hannah McCrea
                                    ☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ NONE _____ INTERPRETER NEEDED
                                    ☐ DEFENDANT WAIVES PRETRIAL REPORT
        ☐ Brady Warning Given

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 4/17/2024    ☑ VOL. SURR.
                                                        TIME OF ARREST _____   ☐ ON WRIT
☐ Other: _____                          TIME OF PRESENTMENT 4:00 p.m.

---

**BAIL DISPOSITION**

                                                                ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____                       **DOC # 2**
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/D.C./VA and pts in between for travel to court/lawyer in DC/VA
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 5/1/2024

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- report any contact with law enforcement within 48 hours of such contact
- prohibited from visiting the D.D.C. except for court proceedings in his case and to consult with his counsel
- will return unexpired passport to SDNY PTS by 9:00 a.m. on 4/18/2024
- PTS to verify address of residence
- must get permission from PTS to travel outside EDNY/SDNY and must advise PTS in advance of visits to DC and VA
- no travel outside continental US without court approval
- shall not commit any federal, state, or local crime

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☑ CONFERENCE BEFORE DJ ON 4/23/24 in DC
☐ DEF. WAIVES INDICTMENT                       **CERTIFIED AS A TRUE COPY**
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____
                                               THIS DATE  4/18/24
For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                      ☐ DEFENDANT TO BE REMOVED    BY  ngomo
☐ PRELIMINARY HEARING IN SDNY WAIVED           ☐ CONTROL DATE FOR REMOVAL: _____
                                                                            (✓) Clerk
                                                                            ( ) Deputy
PRELIMINARY HEARING DATE: _____        ☐ ON DEFENDANT'S CONSENT

                                               Katharine H Parker
DATE: 04/17/2024                               UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**Tyler Campanella**<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  24 MAG 1530 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

CERTIFIED AS A TRUE COPY ON
THIS DATE  4/18/24
BY  [signature]
( ✓ ) Clerk
(   ) Deputy

AO 199B (Rev. 12/20) Additional Conditions of Release         Tyler Campanella          24 MAG 1530

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☐) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
*Custodian*                      *Date*

(☑) (7) The defendant must:
   (☐) (a) submit to supervision by and report for supervision to the PRETRIAL SERVICES FOR ☐ Regular; ☐ Strict; ☑ As Directed
        telephone number _____, no later than _____.
   (☐) (b) continue or actively seek employment.
   (☐) (c) continue or start an education program.
   (☑) (d) surrender any passport to: PRETRIAL SERVICES
   (☑) (e) not obtain a passport or other international travel document.
   (☑) (f) abide by the following restrictions on personal association, residence, or travel: SDNY/EDNY/DDC/DVA pts in between for travel to court/lawyer in DC/VA
   (☐) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
   (☐) (h) get medical or psychiatric treatment: _____
   (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (☑) (k) not possess a firearm, destructive device, or other weapon.
   (☐) (l) not use alcohol (☐) at all (☐) excessively.
   (☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   (☐) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   (☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   (☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
        (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release    Tyler Campanella    24 MAG 1530

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii) Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ✓ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ✓ ) (t) _____

Agreed conditions of release: Travel restricted to SDNY/EDNY/DDC/VA and pts in between for travel to court/lawyer in DC/VA; Surrender travel documents and no new applications; Pretrial supervision as directed by PTS; Def. not to possess firearm/destructive device/other weapon; Def. to report any contact with law enforcement within 48 hours of such contact; Prohibited from visiting the DDC except for court proceedings in his case and to consult with his counsel; Will return unexpired passport to SDNY pretrial services by 9am on 4/18/2024; Pretrial services to verify address of residence; Must get permission from pretrial to travel outside EDNY/SDNY and must advise pretrial services in advance of visits to DC and VA; No travel outside continental US without court approval; Shall not commit any federal, state, and local crime; Def. to be released on own signature; Remaining conditions to be met by: 5/1/2024.

Defense Counsel Name: Hannah McCrea

Defense Counsel Telephone Number: +16465740351

Defense Counsel Email Address: Hannah_McCrea@fd.org

AO 199C  (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  Tyler Campanella                              Case No.  24 MAG 1530

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date:  04/17/2024                                    _____
                                                    Defendant's Signature   Tyler Campanella

✓ **DEFENDANT RELEASED**                             _____
                                                    City and State

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  4/17/2024                                    _____
                                                    Judicial Officer's Signature
                                                    DANIEL ROQUE (Affiliate) Digitally signed by DANIEL ROQUE (Affiliate)
                                                    Date: 2024.04.17 16:57:45 -04'00'
                                                    AUSA's Signature  Dan Roque

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Page 4 of 5

AO 199C  (Rev. 09/08) Advice of Penalties



# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:24-mj-01530-UA-1
### Internal Use Only

Case title: USA v. Campanella

Date Filed: 04/17/2024

Date Terminated: 04/18/2024

Assigned to: Judge Unassigned

**Defendant (1)**
**Tyler Campanella**
*TERMINATED: 04/18/2024*

represented by **Hannah McCrea**
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8724
Email: Hannah_McCrea@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:1752.P Entering and Remaining in a Restricted Building or Grounds

**Disposition**

**Plaintiff**

| USA | | | represented by | **Daniel Keith Roque**<br>DOJ-USAO<br>26 Federal Plaza, 37th Floor, Rm. 3713<br>New York, NY 10278<br>212-637-1946<br>Email: daniel.roque@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2024 | | Arrest (Rule 5(c)(3)) of Tyler Campanella. (job) (Entered: 04/18/2024) |
| 04/17/2024 | 1 | RULE 5(c)(3) AFFIDAVIT of MIGUEL SOTO, being duly sworn, deposes and says that he is a Task Force Officer assigned to the Federal Bureau of Investigation, from the United States District Court - District of Columbia, as to Tyler Campanella. (Signed by Magistrate Judge Katharine H. Parker on 4/17/2024) (job) (Entered: 04/18/2024) |
| 04/17/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Initial Appearance in Rule 5(c)(3) Proceedings as to Tyler Campanella held on 4/17/2024. Appearance entered by Hannah McCrea for Tyler Campanella on behalf of defendant. Bond Hearing as to Tyler Campanella held on 4/17/2024. AUSA Dan Roque present for the Government. BAIL DISPOSITION: Agreed conditions of release: Travel restricted to SDNY/EDNY/DDC/VA and pts in between for travel to court/lawyer in DC/VA; Surrender travel documents and no new applications; Pretrial supervision as directed by PTS; Def. not to possess firearm/destructive device/other weapon; Def. to report any contact with law enforcement within 48 hours of such contact; Prohibited from visiting the DDC except for court proceedings in his case and to consult with his counsel; Will return unexpired passport to SDNY pretrial services by 9am on 4/18/2024; Pretrial services to verify address of residence; Must get permission from pretrial to travel outside EDNY/SDNY and must advise pretrial services in advance of visits to DC and VA; No travel outside continental US without court approval; Shall not commit any federal, state, and local crime; Def. to be released on own signature; Remaining conditions to be met by: 5/1/2024. (job) (Entered: 04/18/2024) |
| 04/17/2024 | 3 | Order Setting Conditions of Release Bond Entered as to Tyler Campanella. (job) (Entered: 04/18/2024) |
| 04/18/2024 | | RULE 5(c)(3) DOCUMENTS SENT as to Tyler Campanella from the U.S.D.C. Southern District of New York to the United States District Court - District of District of Comlumbia. Sent original file along with documents numbered 1-3, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. (job) (Entered: 04/18/2024) |
| 04/18/2024 | 🔒 | (Court only) ***Terminated defendant Tyler Campanella. ***Case Terminated as to Tyler Campanella. (job) (Entered: 04/18/2024) |